IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROCKY ESTES                                                    PLAINTIFF

V.                                              CAUSE NO.: 1:14CV052-SA-DAS

LANX, INC., et al.                                          DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day, the Defendant's Motion for

Summary Judgment [94] is hereby GRANTED IN PART. As explained in the Opinion, the

parties are ORDERED TO SHOW CAUSE as to why Plaintiff's remaining claims are not

preempted by *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341, 347-49, 121 S. Ct. 1012,

148 L. Ed. 2d 854 (2001). Show Cause Responses are due January 8, 2016.

SO ORDERED, this the 23rd day of December, 2015.

**/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**