IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROCKY ESTES                                                                                 PLAINTIFF

V.                                                 CAUSE NO.: 1:14CV052-SA-DAS

LANX, INC., et al.                                                   DEFENDANTS

## FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, the Court makes the following findings:

1. Plaintiff's Motion to Amend/Correct Complaint [113] is DENIED as amendment is futile;

2. Plaintiff's Motion to Reopen Discovery [114] is DENIED;

3. Plaintiff's Motion to Continue Trial [115] is DENIED; and

4. Defendant's Motion for Summary Judgment [94] is GRANTED.

5. All Plaintiff's claims have been DISMISSED; and

6. This case is CLOSED.

SO ORDERED, this the 14th day of January, 2016.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**